UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NORMA M. FELDMAN-SNYDER,<br><br>Plaintiff,<br><br>v.<br><br>LEMAN BROTHERS HOLDINGS INC. and BANK OF AMERICA (La Salle Bank National Association), and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-8,<br><br>Defendants. | Case No. 2:13-cv-00445-MMD-VCF<br><br>ORDER |

In the Order entered on August 23, 2013, the Court granted Defendants' Motions to Dismiss but gave Plaintiff thirty (30) days to move to amend her Complaint to assert misrepresentation claims. (Dkt. no. 39.) More than thirty (30) days have lapsed and Plaintiff has not sought leave to amend her Complaint. The Clerk is therefore ordered to issue judgment in favor of Defendants and to close this case.

DATED THIS 27th day of January 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE